UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHAN L. HILL,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>J. DUNCAN; S. AVILA,<br><br>　　　　　Defendants. | Case No. 1:20-cv-00250-NONE-JLT (PC)<br><br>**ORDER DISREGARDING PLAINTIFF'S APPLICATION TO PROCEED** *IN FORMA PAUPERIS*<br><br>(Doc. 10) |

On April 14, 2020, Plaintiff filed a motion to proceed *in forma pauperis* in this action. (Doc. 10.) Defendants, however, removed this action from state court and paid the filing fee. (*See* Doc. 1.) Therefore, Plaintiff is not required to pay a filing fee or submit an application to proceed *in forma pauperis*. Accordingly, the Court DISREGARDS Plaintiff's motion as unnecessary.

IT IS SO ORDERED.

　　Dated:　**April 16, 2020**　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE