UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHAN L. HILL,<br><br>          Plaintiff,<br><br>     v.<br><br>J. DUNCAN, et al.,<br><br>          Defendants. | No. 1:20-cv-00250-NONE-JLT (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. No. 16) |

     Plaintiff Johnathan L. Hill is a state prisoner proceeding *pro se* in this civil rights action under 42 U.S.C. § 1983. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

     On March 10, 2020, the assigned magistrate judge filed a screening order, finding that plaintiff's complaint states cognizable claims of excessive force, negligence, assault, and battery against Defendant Duncan, as well as cognizable claims of failure to intercede and negligence against Defendant Avila. (Doc. No. 4.) The magistrate judge found that all remaining claims were not cognizable. (*Id.*) The judge, therefore, directed plaintiff to file a first amended complaint curing the deficiencies in his pleading or notify the court of his desire to proceed only on the claims found cognizable. (*Id.* at 10.) Pursuant to the screening order, plaintiff filed a notice that he wishes to "proceed on the claims the court found cognizable." (Doc. No. 13.)

///

Accordingly, on June 11, 2020, the magistrate judge issued findings and recommendations, recommending that the claims in plaintiff's complaint be dismissed, except for the claims of excessive force, negligence, assault, and battery against Defendant Duncan, and the claims of failure to intercede and negligence against Defendant Avila. (Doc. No. 16.) The findings and recommendations were served on the parties and provided fourteen (14) days to file objections thereto. (*Id.* at 2.) The parties have not filed any objections and the time do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of this case. Having carefully reviewed the file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on June 11, 2020 (Doc. No. 16) are adopted in full.
2. The claims in plaintiff's complaint are dismissed, except for (1) Plaintiff's claims against Defendant Duncan of excessive force under 42 U.S.C. § 1983 and assault, battery, and negligence under state law (Counts 1 through 4 of the complaint), and (2) Plaintiff's claims against Defendant Avila of failure to intercede under 42 U.S.C. § 1983 and negligence under state law (Counts 8 and 9).
3. This case is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated:   **July 16, 2020**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE