UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHAN L. HILL,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>J. DUNCAN; S. AVILA,<br><br>　　　　Defendants. | Case No. 1:20-cv-00250-NONE-JLT (PC)<br><br>**ORDER DENYING PLAINTIFF'S REQUEST TO OPEN DISCOVERY**<br><br>(Doc. 29) |

Plaintiff requests that the Court open discovery. (Doc. 29.) However, the Court stayed this matter until the completion of an early settlement conference on February 23, 2021. (Docs. 21, 27.) The Court therefore DENIES Plaintiff's request. The parties may not conduct formal discovery; however, they may contact each other to engage in informal discovery to prepare for the settlement conference. (Doc. 21 at 2.)

IT IS SO ORDERED.

　　Dated:   **January 5, 2021**　　　　　　　　　**/s/ Jennifer L. Thurston**
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE