UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHAN L. HILL,<br><br>    Plaintiff,<br><br>  v.<br><br>J. DUNCAN, et al.,<br><br>    Defendants. | Case No. 1:20-cv-00250-NONE-JLT (PC)<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO COMPEL**<br><br>(Docs. 39, 43) |

  Before the Court is Plaintiff's motion to compel responses to his discovery requests. (Doc. 39.) Defendants filed an opposition to the motion on July 16, 2021. (Doc. 40.) On July 27, 2021, Plaintiff filed a document titled, "Amended Motion to Compel." (Doc. 43.) Upon review of the filing, the Court construes it as a reply to Defendants' July 16 opposition, not a new or amended motion.

  Plaintiff claims that he served discovery requests on Defendants on May 19, May 26, and June 3, 2021, but that Defendants have yet to respond. (Doc. 39 at 2.) Defendants argue that Plaintiff's discovery requests are untimely because they were not served at least 45 days before the discovery cutoff date. (*See* Doc. 40 at 2.) The Court agrees.

  The Court's Discovery and Scheduling Order provided that "all discovery requests must be served at least 45 days before the discovery deadline" of June 21, 2021. (Doc. 34 at 2, 3.) To meet this requirement, the deadline to serve discovery requests was May 7, 2021. Consequently,

Plaintiff's May 19, May 26, and June 3, 2021 discovery requests were untimely. Plaintiff has not requested permission to serve, or provided justification for serving, untimely discovery requests. Accordingly, Plaintiff's motion to compel (Docs. 39, 43) is DENIED.

IT IS SO ORDERED.

Dated:   **October 4, 2021**                            **/s/ Jennifer L. Thurston**
                                                                    CHIEF UNITED STATES MAGISTRATE JUDGE