UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHNATHAN L. HILL,<br><br>             Plaintiff,<br><br>      v.<br><br>J. DUNCAN, et al.,<br><br>             Defendants. | Case No. 1:20-cv-00250-NONE-JLT (PC)<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO ASSIGN A DISTRICT JUDGE TO THIS CASE AND TO CLOSE THE CASE** |

On November 29, 2021, Plaintiff filed a motion to voluntarily dismiss this action. (Doc. 49.) Defendants have filed a statement of non-opposition to the motion. (Doc. 50.) The Court construes the parties' filings as a stipulation of dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Accordingly, this action has terminated by operation of law, *see Com. Space Mgmt. Co. v. Boeing Co.*, 193 F.3d 1074, 1078 (9th Cir. 1999), and the Clerk of the Court is DIRECTED to assign a district judge to this case for the purpose of closing it, to terminate all pending motions and to close this case.

IT IS SO ORDERED.

   Dated:   **December 2, 2021**              _ **/s/ Jennifer L. Thurston**
                                              CHIEF UNITED STATES MAGISTRATE JUDGE